AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**FILED**
APR -
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Luis Carlos Gonzalez-Aragon

CASE NUMBER: 08CR0974-BEN

I, _____Luis Carlos Gonzalez-Aragon_____, the above named defendant, who is accused of

18 U.S.C. § 1001 (false statement to a federal officer)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/1/2008__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd